■ In the Matter of LARRY HOLMES, Appellant, v THOMAS A. COUGHLIN, III, as Commissioner of the Department of Correctional Services, et al., Respondents. [615 NYS2d 1010] —Appeal from a judgment of the Supreme Court (Lewis, J.), entered March 19, 1992 in Clinton County, which dismissed petitioner's application, in a proceeding pursuant to CPLR article 78, to review a determination of respondent Commissioner of Correctional Services finding petitioner guilty of violating certain prison disciplinary rules.

Petitioner argues that his constitutional and regulatory rights were violated when the Hearing Officer interviewed a correction officer off the record and out of his presence. Insofar as petitioner failed to object to the procedure during the hearing or as part of his administrative appeal, this argument was not properly preserved for review. In any event, the conversation involved a tangential issue, with the correction officer basically reiterating his previous testimony; accordingly, no prejudicial error occurred in this regard. Petitioner was also not improperly denied any relevant documents. Petitioner's remaining contentions have been examined and rejected as unpersuasive.

Mikoll, J. P., Crew III, White, Weiss and Yesawich Jr., JJ., concur. Ordered that the judgment is affirmed, without costs.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SEAN BROWN, Appellant. [615 NYS2d 1011] —Appeal from a judgment of the County Court of Columbia County (Leaman, J.), rendered March 18, 1992, convicting defendant upon his plea of guilty of the crimes of attempted murder in the second degree, conspiracy in the second degree, assault in the first degree, criminal use of a firearm in the first degree and criminal possession of a weapon in the second degree.

In reviewing the record and brief submitted by defense counsel, we agree that there are no nonfrivolous issues that can be raised on defendant's appeal. Therefore, defense counsel's application for leave to withdraw is granted and the judgment is affirmed.

Cardona, P. J., Crew III, Casey, Weiss and Peters, JJ., concur. Ordered that the judgment is affirmed, and application to be relieved of assignment granted.